Richard M. Garbarini (RG 5496)
GARBARINI FITZGERALD P.C.
250 Park Ave, 7th Floor
New York, New York 10177
Phone: (212) 300-5358
Fax: (888) 265-7054

*Attorney for Plaintiff*


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

POSEIDON WAVE MEDIA, LLC,                    Case No.: 26-cv-3921

                          Plaintiff,        **NOTICE OF VOLUNTARY DISMISSAL
                                            WITH PREJUDICE PURSUANT TO
            v.                              RULE 41(a)(1)(A)(1)**


SUNO, INC.,

                          Defendants.
----------------------------------------------------------------x


    Pursuant to Fed.R.Civ.P 41 (a)(1)(A)(i), plaintiff hereby serves notice that the above-

captioned matter is dismissed with prejudice.  Each party is responsible for its own attorneys'

fees and costs.

Dated: August 3, 2026
        New York, New York


                                            **GARBARINI FITZGERALD P.C.**

                                            _____
                                            Richard M. Garbarini